FILED
9/25/26 12:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Diane Lynn Shannon** | ) | |
| | ) | **Case No. 26-21141 GLT** |
| | ) | |
| | ) | **Chapter 13** |
| | ) | |
| **Debtor(s).** | ) | |
| | X | Related to Docket No. 38 |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:**

a motion to dismiss case or certificate of default requesting dismissal

☒ a plan modification sought by: Diane Lynn Shannon

a motion to lift stay
as to creditor ______________________

☒ Other: The plan is being modified to provide that M&T Bank will be paid a monthly payment of $1,828.65 effective July 2026 and to provide for additional attorney fees to Rice & Associates Law Firm

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

☒ Chapter 13 Plan dated April 23, 2026
❑ Amended Chapter 13 Plan dated ______________

is modified as follows:

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

☒ Debtor(s) Plan payments shall be changed from $ 4,705.00 to $ 4,848.00 per Month, effective October 2026, and/or the Plan term shall be

changed from ___ months to ___ months. .

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve ____________________________ on or before _________.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_______________________________________ _____________________________________________ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other: The plan is being modified to provide that M&T Bank will be paid a monthly payment of $1,828.65 effective July 2026 and to provide for additional attorney fees to Rice & Associates Law Firm in the amount of $3,000.00 above the no-look fees for a total amount of $8,000.00 to be awarded through the fee application process.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

**SO ORDERED**, this __ 25th Day of September, 2026

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court
drb

Stipulated by:

/s/ Scott R. Lowden
Scott R. Lowden - Counsel to Debtor
PA ID 72116
100 Heathmore Avenue
Pittsburgh, PA 15227
(412) 292-4254
lowdenscott@gmail.com

Stipulated by:

/s/ Dennis Sloan
Dennis Sloan, Esq.
Counsel to Chapter 13 Trustee
600 Grant Street
Suite 3250 US Steel Tower
Pittsburgh, PA 15219

Stipulated by:

/s/ ______________________

cc: All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 26-21141-GLT
Diane Lynn Shannon Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3
Date Rcvd: Sep 25, 2026 Form ID: pdf900 Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Diane Lynn Shannon, 6 Barber Avenue, Eighty Four, PA 15330-2838 |
| cr | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16662537 | + | Anthony Lubawy, 6 Barber Avenue, Eighty Four, PA 15330-2838 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16662538 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 26 2026 01:34:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27410 |
| 16676831 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 26 2026 01:34:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 16662539 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2026 01:32:40 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 16681835 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2026 01:44:41 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 16662540 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2026 01:44:39 | Citibank/The Home Depot, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 16662541 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 26 2026 01:32:40 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 16662542 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 26 2026 01:32:47 | Cws/cw Nexus / Merrick, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 16662545 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2026 01:44:39 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 16695586 | | Email/Text: ECMCBKNotices@ecmc.org | Sep 26 2026 01:34:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 16668021 | + | Email/Text: ECMCBKNotices@ecmc.org | Sep 26 2026 01:34:00 | Higher ED Loan Authority of MO on behalf of, American Student Assistance (ASA), PO Box 16129, St. Paul, MN 55116-0129 |
| 16677719 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 26 2026 01:34:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 16662543 | + | Email/Text: BKRMailOPS@weltman.com | Sep 26 2026 01:34:00 | Kays Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 16710052 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2026 01:32:41 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 16684767 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2026 01:32:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16662544 | + | Email/Text: camanagement@mtb.com | Sep 26 2026 01:34:00 | M&T Mortgage, P.O. Box 62182, Baltimore, MD 21264-2182 |

| | | | | |
|---|---|---|---|---|
| 16679085 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 26 2026 01:32:40 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 16662551 | | Email/Text: EBN@Mohela.com | Sep 26 2026 01:34:00 | Sofi Lending Corp, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 16679827 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 26 2026 01:34:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16662546 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 26 2026 01:34:00 | Midland Credit Mgmt / Comenity Bank, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 16662547 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Sep 26 2026 01:32:40 | Mohela/navient, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 16683206 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 26 2026 01:34:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 16662548 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 26 2026 01:34:00 | Pnc Bank, Pnc Bank, Attn: Bankruptcy, 500 First Ave, Mailstop P7-Pfsc-01-S, Pittsburgh, PA 15219 |
| 16686454 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 26 2026 01:32:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 16662549 | + | Email/PDF: ProsperBKDetection@resurgent.com | Sep 26 2026 01:32:41 | Prosper Funding, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 16662550 | + | Email/PDF: ProsperBKDetection@resurgent.com | Sep 26 2026 01:32:44 | Prosper Funding, P.O. Box 886081, Los Angeles, CA 90088-6081 |
| 16679236 | | Email/Text: bnc-quantum@quantum3group.com | Sep 26 2026 01:34:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 16670260 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2026 01:32:41 | Sofi Consumer Loan Program Grantor Trust 2025-1, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16662552 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2026 01:32:44 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16662553 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2026 01:32:47 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 16662554 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2026 01:32:40 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 16664884 | | Email/Text: bknotice@upgrade.com | Sep 26 2026 01:34:00 | Upgrade, Inc., 2 N Central Ave Floor #10, Phoenix, AZ 85004 |
| 16662555 | | Email/Text: bknotice@upgrade.com | Sep 26 2026 01:34:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 16675262 | + | Email/Text: peritus@ebn.phinsolutions.com | Sep 26 2026 01:34:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |
| 16662556 | + | Email/Text: UpStart@ebn.phinsolutions.com | Sep 26 2026 01:34:00 | Upstart/drb, Dr Bank Loan Operations, Attn: Bankruptc, P.O. Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company Brent.Lemon@mccalla.com mccallaecf@ecf.courtdrive.com |
| David A. Rice | on behalf of Debtor Diane Lynn Shannon ricelaw1@verizon.net lowdenscott@gmail.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Scott R. Lowden | on behalf of Debtor Diane Lynn Shannon lowdenscott@gmail.com |

TOTAL: 6